**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
Email: mharris@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
Email: acote@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
Email: pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Plaintiff
KERR CORPORATION**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KERR CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>TRI DENTAL INC.; AHN LUU; and Does 1 through 10, Inclusive,<br><br>            Defendants. | CASE NO. 8:12cv00891-DOC (CWx)<br><br>Assigned to Hon. David O. Carter in Courtroom 9D<br><br>Assigned to (Mag. J.) Hon. Carla Woehrle in Courtroom 640<br><br>**ORDER TO SHOW CAUSE TO JUDGMENT DEBTOR EXAMINEE DENTAL DESIGN & FABRICATION SERVICES CORP.** |

On August 14, 2013, the Court ordered a corporate representative of Dental Design & Fabrication Services Corp. to appear for a judgment debtor exam before the Magistrate Judge Carla Woehrle on September 10, 2013, at the Roybal Federal Courthouse, 255 East Temple Street, Los Angeles, California, in Courtroom 640, at 10:00 a.m. (*See* Docket No. 67.) The order was served on Dental Design & Fabrication Services Corp.'s registered process server, Jasmine Nguyen, on August 30, 2013. (*See* Docket No. 71.) However, no corporate representative of Dental Design & Fabrication Services Corp. appeared at the designated time and place to testify.

Accordingly, it is hereby ordered that Dental Design & Fabrication Services Corp. and its president, Johnny Nguyen aka Tan Nguyen, are ordered to appear before the Honorable Carla M. Woehrle on **November 5, 2013**, at the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012, Courtroom 640 at 10:00 a.m., to show cause why sanctions should not be issued for their failure to appear as ordered.

This Order may be served by a registered process server.

**NOTICE IS HEREBY GIVEN** that failure to comply with this Order may subject the officers and owners of Dental Design & Fabrication Services Corp., including Mr. Nguyen, to arrest and punishment for Contempt of Court.

**IT IS SO ORDERED.**

DATED: September 13, 2013

*Carla M. Woehrle*
Hon. Carla Woehrle
UNITED STATES DISTRICT COURT